# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

MANUEL CORTEZ,

*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,

*Respondent-Appellee.*

No. 03-7058

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
Terrence W. Boyle, Chief District Judge.
(CA-03-285-5-HC-BO)

Submitted: November 19, 2003

Decided: December 8, 2003

Before WILKINSON and GREGORY, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

---

Vacated and remanded by unpublished per curiam opinion.

---

**COUNSEL**

Manuel Cortez, Appellant Pro se.

---

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Manuel Cortez appeals the district court's order denying relief on his petition filed pursuant to 28 U.S.C. § 2241 (2000).

Cortez alleged that his conviction and sentence were invalid because the court lacked subject matter jurisdiction. The district court found that because Cortez was effectively challenging the legality of his sentence, his claim was more properly brought under 28 U.S.C. § 2255 (2000). We agree. However, the court did not give Cortez notice and an opportunity to respond before recharacterizing his petition, as required by our decision in *United States v. Emmanuel*, 288 F.3d 644 (4th Cir. 2002). We therefore vacate the district court's order and remand for further proceedings in light of *Emmanuel*.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*